UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAUNA RIDGLEY,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C08-5688RJB<br><br>ORDER |

After reviewing the agreed motion to extend the court's briefing schedule (Doc. 14), the court hereby directs counsel to conform to the following new briefing schedule:

Defendant's Answering Brief shall be filed on or before May 28, 2009, and Plaintiff's Reply Brief shall be filed on or before June 11, 2009. Any request for oral argument to be submitted by letter received by the court on or before June 11, 2009.

DATED this 11th day of May, 2009.

            /s/ J. Richard Creatura
            J. Richard Creatura
            United States Magistrate Judge

ORDER - 1