# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHAUNA RIDGLEY

v.

MICHAEL ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5688RJB/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. This case is **REVERSED** and **REMANDED** for further proceedings under sentence four of 42 U.S.C. § 405(g).

June 12, 2009

BRUCE RIFKIN
Clerk

_/s/ Jennie L. Patton_
Deputy Clerk