# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHAUNA M. RIDGLEY

      v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5688RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. that Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $3,929.97 and expenses in the sum of $21.91.

July 23, 2009                                         BRUCE RIFKIN
                                                                      Clerk

                                                               */s/ Jennie L. Patton*
                                                                   Deputy Clerk